August 26, 2011

Mr. Robert D. Stokes
Flahive Ogden & Latson PC
PO Box 201329
Austin, TX 78720
Mr. Chad Michael Ruback
The Ruback Law Firm
8117 Preston Road, Suite 300
Dallas, TX 75225

RE: Case Number: 09-0340
 Court of Appeals Number: 05-07-00279-CV
 Trial Court Number: 05-00356-I

Style: INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA
 v.
 CARMEN MURO

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/082611.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Lisa Matz |
| |Mr. Gary Fitzsimmons |
| |Mr. Matthew B. |
| |Baumgartner |
| |Mr. David W. Reagan |
| |Mr. Scott N. Houston |
| |Mr. Peter M. Kelly |